*Wednesday, August 31, 1994*

## MOTION DOCKET

**94–1842.** In re Manogg. In Habeas Corpus. This cause originated in this court on the filing of a petition for a writ of habeas corpus. Upon consideration thereof,

IT IS ORDERED by the court that petitioner's application for a writ of habeas corpus is granted as to petitioner's claim of denial of right to bail and the writ is allowed for petitioner's claim of denial of right to bail.

IT IS FURTHER ORDERED that respondent shall make due return of the writ on or before September 6, 1994, as prescribed by R.C. 2725.14.

IT IS FURTHER ORDERED by the court that it is not necessary to convey the prisoner before the court as prescribed in R.C. 2725.12.

RESNICK and PFEIFER, JJ., dissent.

*Thursday, September 1, 1994*

## MOTION DOCKET

**94–1286.** Leathem v. Leathem. *Hancock County*, No. 5–93–33. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. Upon consideration of appellant's application for stay of execution/proceedings pending appeal,

IT IS ORDERED by the court that the application for stay of execution/proceedings pending appeal be, and the same is hereby, denied, effective August 30, 1994.

## MISCELLANEOUS DISMISSALS

**94–673.** Fahnbulleh v. Strahan. *Franklin County*, No. 93AP–135. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective August 30, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**94–1339.** State ex rel. Nowak v. Indus. Comm. *Franklin County*, No. 93APD01–02. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application to dismiss,

IT IS ORDERED by the court that the application be, and the same is hereby, granted, effective August 30, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**94–1488.** South–Western City Schools Bd. of Edn. v. Franklin Cty. Bd. of Revision. Board of Tax Appeals, No. 92–K–463. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the application for dismissal by the remaining appellants, Franklin County Auditor and Franklin County Board of Revision,

IT IS ORDERED by the court that the application be, and the same is hereby, granted, effective August 30, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.